IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DRUE ALLEN HOLLIS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01142-O-BP |
| § | |
| **TARRANT COUNTY, TEXAS,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Consequently, Plaintiff's Motion for Summary Judgment (ECF No. 7); Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 16); Motion to Set a Hearing (ECF No. 19); and Motions for Default Judgment (ECF Nos. 20, 22, 24) are hereby **DENIED AS MOOT**.

**SO ORDERED** on this **18th day** of **March, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE